Vladimir Khiterer (Bar No. 177007)
Khiterer Law Office
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
(949) 631-6161
(949) 650-1703 Fax
info@needpatent.com

Attorneys for plaintiff
Altinex, Inc.

FILED

2010 APR -6 AM 10: 10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTINEX, INC., | Case No.  **SACV 10-00413 RNB** |
| Plaintiff, | COMPLAINT |
| vs. | DECLARATORY JUDGMENT |
| SHOWTIME NETWORKS, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff, Altinex, Inc., alleges:

## PARTIES

1.   Plaintiff Altinex, Inc. ("Altinex")does not know the true names of defendants DOES 1 through 10,

1

inclusive.  Therefore, Altinex sues said defendants by such fictitious names. Each of the defendants designated herein as DOE has an actual controversy that Altinex desires the Court to adjudicate in this action.  Altinex will amend this complaint to show their names when they have been ascertained.

2.  Altinex is a California corporation with a principal place of business in Brea, California. Altinex is a manufacturer of electronic equipment used in professional audio visual presentation systems.

3.  Altinex does not manufacture or market any consumer products, nor does Altinex sell or market any products to consumers.

4.  Altinex' products are sold by way of a network of authorized dealers to school districts, the military, the government, large corporations and other institutional purchasers.

5.  Showtime Networks, Inc. ("Showtime Networks") is a Delaware Corporation headquartered in New York, New York.  Showtime Networks and its parent company CBS

produce and distribute television programming via cable and satellite.

6.   Neither Showtime Networks nor CBS make or market any hardware, and most certainly they do not make or market electronic equipment used in professional audio visual presentation systems.

## JURISDICTION AND VENUE

7.   This is an action for declaratory judgment under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

8.   This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1125, and 28 U.S.C. §§ 1331 and 1338, together with related claims under California state law.

9.   Venue is proper in this judicial district under 28 U.S.C. § 1391 in that Showtime Networks claims that Altinex' products infringing upon its trademarks are sold in this district.

3

## FACTS

10.  Altinex manufactures and sells an audio visual presentation system under the mark "Showtime", said system comprising of electronic interconnecters, scalers, switchers, matrix switchers, transmitters and receivers for transmission over twisted pair cables.

11.  On February 13, 2010, Altinex has filed a trademark application in Class 009 for the mark "SHOWTIME" for "Electronic interconnecters for audio and video signals; Electronic scalers for audio and video signals; Electronic switchers for audio and video signals; Matrix switchers for audio and video signals; Transmitters and receivers for audio and video signals for transmission over twisted pair cables", application Serial Number 77935229.

12.  In a letter dated March 31, 2010, Mallory Levitt, counsel for CBS and acting on behalf of Showtime Networks, accused Altinex of trademark infringement of Showtime Networks' trademarks in Classes 9, 38 and 41, as well as trademark dilution and

4

unfair competition.   Said letter demanded that Altinex "cease all use and proposed use of the SHOWTIME mark or any confusingly similar mark and withdraw Altinex application and provide proof thereof".   Altinex was given 10 days to reply.

13.  A telephone conversation between Altinex President Jack Gershfeld and CBS counsel Mallory Levitt on April 1, 2010 left no doubt that nothing short of ceasing the use of the mark SHOWTIME will satisfy Showtime Networks and that a trademark infringement lawsuit by Showtime Networks against Altinex would follow Altinex' refusal to submit to Showtime Networks' demands. The only concession Showtime Networks was willing to give Altinex was to extend the "phase-out" period for Altinex to cease the use of its SHOWTIME mark.

## COUNT 1, DECLARATORY JUDGMENT

14.  Altinex incorporates by reference paragraphs 1 – 13.

15.  Showtime Networks owns trademarks in Classes

009, 038 and 041 for "SHOWTIME" and variations thereof

for entertainment, broadcast and telecommunications

services and the like, namely, trademarks registration

numbers 1267743, 2631934, 3342145, 2593033, 2580327,

256259, 2572210, 2562061, 2670286, 3330602, 2840240,

2846343, 2778624, 2673253, 3544958, 3577423, 3517210,

2691504, 2667869, 2321502, 2483680, 2407278, 2283955,

2547571, 2180434,  1075211.

16. Altinex has a reasonable apprehension of being

a defendant in a trademark infringement lawsuit brought

by Showtime Networks alleging that Altinex' use of its

mark "Showtime" infringes the trademarks registration

numbers 1267743, 2631934, 3342145, 2593033, 2580327,

256259, 2572210, 2562061, 2670286, 3330602, 2840240,

2846343, 2778624, 2673253, 3544958, 3577423, 3517210,

2691504, 2667869, 2321502, 2483680, 2407278, 2283955,

2547571, 2180434,  1075211.

17. An actual case and controversy exists between

the parties that may be adjudicated by this Court.

18. Altinex seeks declaratory judgment that

6

Altinex' use of the mark "Showtime" for electronic interconnecters, scalers, switchers, matrix switchers, transmitters and receivers for transmission over twisted pair cables does not infringe on the trademarks registration numbers 1267743, 2631934, 3342145, 2593033, 2580327, 256259, 2572210, 2562061, 2670286, 3330602, 2840240, 2846343, 2778624, 2673253, 3544958, 3577423, 3517210, 2691504, 2667869, 2321502, 2483680, 2407278, 2283955, 2547571, 2180434,  1075211.

## COUNT 2, DECLARATORY JUDGMENT

19. Altinex incorporates by reference paragraphs 1 – 18.

20. Altinex has a reasonable apprehension of being a defendant in a lawsuit brought by Showtime Networks alleging that Altinex' use of its mark "Showtime" constitutes dilution of the trademarks registration numbers 1267743, 2631934, 3342145, 2593033, 2580327, 256259, 2572210, 2562061, 2670286, 3330602, 2840240, 2846343, 2778624, 2673253, 3544958, 3577423, 3517210, 2691504, 2667869, 2321502, 2483680, 2407278, 2283955,

7

2547571, 2180434,  1075211.

21. An actual case and controversy exists between the parties that may be adjudicated by this Court.

22. Altinex seeks declaratory judgment that Altinex' use of the mark "Showtime" for electronic interconnecters, scalers, switchers, matrix switchers, transmitters and receivers for transmission over twisted pair cables does not constitute dilution of the trademarks registration numbers 1267743, 2631934, 3342145, 2593033, 2580327, 256259, 2572210, 2562061, 2670286, 3330602, 2840240, 2846343, 2778624, 2673253, 3544958, 3577423, 3517210, 2691504, 2667869, 2321502, 2483680, 2407278, 2283955, 2547571, 2180434,  1075211.

## COUNT 3, DECLARATORY JUDGMENT

23. Altinex incorporates by reference paragraphs 1 – 18.

24. Altinex has a reasonable apprehension of being a defendant in a lawsuit brought by Showtime Networks alleging that Altinex' use of its mark "Showtime"

constitutes unfair competition in violation of § 17200

8

*et seq.* of California *Business and Professions Code.*

25. An actual case and controversy exists between the parties that may be adjudicated by this Court.

26. Altinex seeks declaratory judgment that Altinex' use of the mark "Showtime" for electronic interconnecters, scalers, switchers, matrix switchers, transmitters and receivers for transmission over twisted pair cables does not constitute unfair competition in violation of § 17200 *et seq.* of California *Business and Professions Code.*

WHEREFORE, plaintiff Altinex, Inc. requests declaratory judgment against defendants Showtime Networks, Inc. and DOES 1 through 10, inclusive, as follows:

1. That Altinex' use of the mark "Showtime" for electronic interconnecters, scalers, switchers, matrix switchers, transmitters and receivers for transmission over twisted pair cables does not infringe on the trademarks registration numbers 1267743, 2631934, 3342145, 2593033, 2580327, 256259, 2572210, 2562061,

9

2670286, 3330602, 2840240, 2846343, 2778624, 2673253,
3544958, 3577423, 3517210, 2691504, 2667869, 2321502,
2483680, 2407278, 2283955, 2547571, 2180434,  1075211.

2.   That Altinex' use of the mark "Showtime" for electronic interconnecters, scalers, switchers, matrix switchers, transmitters and receivers for transmission over twisted pair cables does not constitute dilution of the trademarks registration numbers 1267743, 2631934, 3342145, 2593033, 2580327, 256259, 2572210, 2562061, 2670286, 3330602, 2840240, 2846343, 2778624, 2673253, 3544958, 3577423, 3517210, 2691504, 2667869, 2321502, 2483680, 2407278, 2283955, 2547571, 2180434,1075211.

3.   That Altinex' use of the mark "Showtime" for electronic interconnecters, scalers, switchers, matrix switchers, transmitters and receivers for transmission over twisted pair cables does not constitute unfair competition in violation of § 17200 *et seq.* of

California *Business and Professions Code.*

COMPLAINT

4.   Altinex, Inc. further requests judgment for costs of this lawsuit, attorneys' fees and such other relief as this Court deems just and proper.

DATED: April 5, 2010                    Khiterer Law Office

                                        _____
                                        Vladimir Khiterer
                                        Attorneys for plaintiff
                                        Altinex, Inc.

11

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ALTINEX, INC. | SHOWTIME NETWORKS, INC. and DOES 1 through 10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Khiterer Law Office<br>2901 W. Coast Hwy., Suite 200, Newport Beach, CA 92662<br>(949) 631-6161 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1125, plaintiff seeks declaratory judgment that it is not infringing on defendant's trademarks

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER<br>PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | ☐ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **SACV 10-00413 RNB**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |

Case 8:10-cv-00413-RNB   Document Sheet   Filed 04/06/10   Page 13 of 14

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, California | N/A |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| N/A | New York |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date April 5, 2010

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:
Vladimir Khiterer (California Bar No. 177007)
Khiterer Law Office
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALTINEX, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV 10-00413 RNB |
| v. | |
| SHOWTIME NETWORKS, INC. and DOES 1 through 10, inclusive | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): SHOWTIME NETWORKS, INC.

A lawsuit has been filed against you.

Within __2 1__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, __Vladimir Khiterer__, whose address is __Khiterer Law Office, 2901 W. Coast Hwy., Suite 200, Newport Beach, CA 92663__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __APR - 6 2010__                     By: _____

                                            Deputy Clerk

                                            (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                          **SUMMONS**